UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD G. TURAY,<br><br>       Plaintiff,<br><br> v.<br><br>KELLY CUNNINGHAM, CATHI HARRIS, and CHAPLAIN GREGO DUNCAN,<br><br>       Defendants. | No. C10-5493 BHS/KLS<br><br>ORDER GRANTING INFORMA PAUPERIS STATUS |

  Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. Dkt. 1. Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at the Special Commitment Center in Steilacoom, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

  The Clerk is directed to mail a copy of this Order to Plaintiff.

  **DATED** this  3rd  day of August, 2010.

                */s/ Karen L. Strombom*
                Karen L. Strombom
                United States Magistrate Judge

ORDER - 1