FILED ____ LODGED
____ RECEIVED

APR 18 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD G. TURAY,

    Plaintiff,

v.

KELLY CUNNINGHAM, et al.,

    Defendants.

Case No. C10-5493BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 39. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     This action is **DISMISSED with prejudice**.

DATED this 18th day of April, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER