# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICHARD G. TURAY,

               v.

KELLY CUNNINGHAM, et al.

JUDGMENT IN A CIVIL CASE

Case No. C10-5493BHS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The R&R is **ADOPTED**; and

(2)     This action is **DISMISSED with prejudice**.

| April 18, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                                    *s/ Mary Trent*
                                                    Deputy Clerk